In the Matter of the Acquiring of Title by the COUNTY OF NASSAU, Respondent, to an Easement for Parkway Purposes in the Town of Hempstead.

C. G. & K. HOLDING CORPORATION, Appellant.

(Argued June 2, 1931; decided June 16, 1931.)

*William M. Winans* and *G. W. Winans* for appellant.

*Robert W. Duvall* and *H. Stewart McKnight* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.